UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONA BAIRD,

           Plaintiff,

- against -

THE PRUDENTIAL INSURANCE CO. OF AMERICA,

           Defendant.

ORDER

09 Civ. 07898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The schedule for the parties' pre-discovery dispositive motion practice is as follows:

(1)   Moving papers are due by November 20, 2009;

(2)   Opposition papers are due by December 4, 2009; and,

(3)   Reply papers, if any, are due by December 11, 2009.

Dated: New York, New York
       November 6, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09